MOTION HEARING HELD ON OCTOBER 8, 2015 BEFORE U.S.D.J. IRIZARRY

06-CV-702 STRAUSS ET AL. V. CREDIT LYONNAIS, S.A.

07-CV-914 WOLF ET AL. V. CREDIT LYONNAIS, S.A.

COURT REPORTER: ANTHONY FRISOLONE

COURTROOM DEPUTY: CHRISTY CAROSELLA

APPEARANCES:

| FOR PLAINTIFFS: | FOR DEFENDANT: |
|---|---|
| Peter Raven-Hansen | Lawrence B. Friedman |
| Gary Osen | Jonathan I. Blackman |
| Ari Ungar | Avram E. Luft |
| Aaron Schlanger | Mark S. Grube |
| Ralph M. Stone | Mark E. McDonald |
| Steven Steingard | Andrew Metz (paralegal) |
| Stephen H. Schwartz | |

Oral argument held on motions to dismiss. Court requests additional information concerning transfers of money to be provided by October 16, 2015. Counsel shall e-file the documents presented in court today. Decision reserved.