

485 MADISON AVENUE    10TH FLOOR
NEW YORK, NY  10022
212.704.9600    212.704.4256 fax    www.zuckerman.com

SHAWN NAUNTON
Partner
646.746.8655
snaunton@zuckerman.com

November 20, 2017

**VIA ECF**

Honorable Robert M. Levy
United States Magistrate Judge
United States District Court,
  Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *Weiss, et al. v. National Westminster Bank Plc*, **05-cv-4622**
              *Applebaum, et al. v. National Westminster Bank Plc*, **07-cv-916**
              *Strauss, et al. v. Credit Lyonnais, S.A.*, **06-cv-702**
              <u>*Wolf, et al. v. Credit Lyonnais, S.A.*, **07-cv-914**</u>

Dear Judge Levy:

      We represent Plaintiffs in cases against National Westminster Bank Plc ("NatWest") and Credit Lyonnais, S.A. ("CL"), and write on behalf of all Plaintiffs' counsel in the above-referenced actions.

      We write to respectfully request an adjournment of the deadline for submission of the Joint Pre-Trial Order ("JPTO") in the CL cases from December 15, 2017 to February 15, 2018 – which is the current deadline for submission of the JPTO in the NatWest cases. (Plaintiffs do not request an adjournment of the February 15, 2018 deadline for submission of the JPTO in the NatWest cases.) Counsel for CL has informed me that CL does not object to this request for an adjournment. There have been no previous requests for an adjournment of this deadline.

      Currently before the Court are submissions from Plaintiffs and Defendants in the NatWest and CL actions regarding the order in which these actions should proceed to trial. (*See Strauss* ECF Nos. 446-447, 449-451.) Plaintiffs believe that adjournment of the current deadline for submission of the JPTO in the CL cases will enable the parties to prepare for trial in both sets of actions in an efficient and expeditious manner, while the parties await further guidance from the Court regarding which cases will proceed to trial first.



Honorable Robert M. Levy
United States Magistrate Judge
November 20, 2017

                                                      Respectfully submitted,

                                                      /s/ Shawn P. Naunton

                                                      Shawn P. Naunton

cc:     All counsel of record